this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Application of the CITY OF ROCHESTER, Appellant, to Acquire Land for the Rochester Rapid Transit and Industrial Railroad Connection with the Rochester, Lockport and Buffalo Railroad, in Said City. MINNIE DARRAH, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Matter of Scherrer* (206 App. Div. 734). All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Application of the CITY OF ROCHESTER, Appellant, to Acquire Land for the Rochester Rapid Transit and Industrial Railroad Connection with the Rochester, Lockport and Buffalo Railroad, in Said City. HYMAN COHEN, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Matter of Scherrer* (206 App. Div. 734). All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOHN SCHMELZER, Respondent, v. NASH SOUTH PARK, INC., Appellant.— Order modified by allowing defendants costs of the action to the date of the amendment, except costs before trial, and as so modified affirmed, with ten dollars costs and disbursements to appellant. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GRANT E. NEIL, Respondent, v. CHARLES C. VAN EVERY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the papers do not disclose that a long account is involved. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

NINA M. ANDERSON, Appellant, v. CARL J. ANDERSON, Respondent.— Order, so far as appealed from, reversed, with ten dollars costs and disbursements, and motion for summary judgment granted, with ten dollars costs, upon the ground that the defendant has filed no affidavit and offered no proof to sustain his alleged defense. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Application of ROBERT E. PATTERSON, Respondent, for an Alternative Mandamus Order Directed to THE COUNCIL OF THE SENECA NATION OF AMERICAN INDIANS, Residing on the Allegheny, Cattaraugus and Oil Spring Reservations, etc., Appellant.— Order affirmed, with costs, on the ground that the courts of this State have jurisdiction of the proceeding, that being the sole question here involved. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

LEOKADJA KASZYNSKI, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Defendant, and EDWARD WILD, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

LUDWIG KASZYNSKI, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Defendant, and EDWARD WILD, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

FRED W. GREEN and All Other Stockholders of THOMAS & DINNEEN, INC., etc., Who May Come in, etc., Respondents, v. JOHN B. THOMAS and Others, Individually and as Trustees, etc., Defendants. CHAUNCEY J. WILLIAMS, Appel-